### CUNNINGHAM et v BESSEMER TRUST CO

Ohio Appeals, 2nd Dist, Montgomery Co

Decided March 24, 1931

For full opinion see 39 Oh Ap 535 (Oh Bar 12-15-31).

### SHEETS & SONS v P U C

Ohio Supreme Court

No. 23036.   Decided  Oct 28, 1931

For full opinion see 178 NE 416; 124 Oh St 343 (Oh Bar 12-15-31).